# Court of Appeals
# of the State of Georgia

ATLANTA,  November 18, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0451. RAKESTRAW v. THE STATE.**

April Alison Rakestraw was convicted of possession with intent to distribute and trafficking methamphetamine. On August 8, 2019, the trial court denied her motion for new trial, in which she raised claims pertaining to the denial of her motion to suppress and requested that the trial court exercise its discretion as the thirteenth juror.

After the appeal was docketed in this Court, the State learned that its primary witness had resigned from his position with the police department when it was discovered that he had given perjured testimony in connection with an application for a search warrant in a different case. Both the State and the appellant now move to remand the case to the trial court.

Based on the foregoing, the trial court's denial of the motion for new trial is VACATED, the motions to remand are GRANTED, and the case is REMANDED to the trial court to address, in the first instance, any issues either party may raise regarding the testimony at issue in the motions to remand. See *Beck v. State*, 305 Ga. 383, 385-387 (2) (825 SE2d 184) (2019); *Cooper v. State*, 324 Ga. App. 451, 452-453 (1) (751 SE2d 102) (2013). Following resolution of any such issues, and the entry of a new order disposing of Rakestraw's motion for new trial, the aggrieved party must file a new notice of appeal within 30 days of that order to seek appellate review. See OCGA §§ 5-6-38 (a); 5-7-1 (a) (8); 5-7-2 (c); *Beck*, 305 Ga. at 388 (2).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  11/18/2020*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen                               , Clerk.*